# UNITED  STATES  DISTRICT  COURT
## SOUTHERN  DISTRICT  OF  OHIO
### WESTERN  DIVISION

CONVENIENCE FRANCHISE
GROUP, LLC,

      Plaintiff,

      vs                      Civil Action No. 1:12-cv-534

DIEBEL FAMILY LIMITED       Judge Timothy S. Black
PARTNERSHIP, *et al.*,

      Defendants.

--------------------------------

## CONDITIONAL ORDER OF DISMISSAL

--------------------------------

      The Court having been advised by counsel that this civil action has been settled;

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

      The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

      **IT IS SO ORDERED**.

Date: 9/14/2012__              *s/ Timothy S. Black*_____
                            Timothy S. Black
                            United States District Judge